IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUD ROSSMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

17-cv-911-wmc

v.

ELAINE DUKE, L. ERIC PATTERSON and
JOSEPH MAHER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/20/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |